[No. 8934-0-I.   Division One.   December 21, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
ROY HICKEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-1-01708-2, Peter K. Steere, J., entered
May 22, 1980. *Affirmed* by unpublished opinion per Swan-

son, J., concurred in by Durham and Corbett, JJ.